UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Lonnie Avant

              Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-CR-414 (UA)

Defendant Lonnie Avant hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☒      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LONNIE AVANT
Print Defendant's Name

_____
Defendant's Counsel's Signature

DEVERAUX CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/3/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge