UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY**
                                             **VIDEO OR TELE CONFERENCE**
             -against-

Lonnie Avant                                 7:20-cr-414-VB
                    Defendant(s).
-------------------------------------------------------------X

Defendant Lonnie Avant hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☒   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_____              _____
Defendant's Signature                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

LONNIE AVANT                               DEVERAUX CANNICK
_____              _____
Print Defendant's Name                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/16/20
_____              _____
Date                                       U.S. District Judge/U.S. Magistrate Judge