UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

LONNIE AVANT,

          Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-CR-00414 (~~CA~~) (VB)

Defendant Lonnie Avant hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer ~~Assignment of Counsel~~

_____        _____
Defendant's Signature                                                      Defendant's Counsel's Signature
(~~Judge may obtain verbal consent on~~
~~Record and Sign for Defendant~~)

LONNIE AVANT                                       DEVERAUX CANNICK
Print Defendant's Name                              Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/30/2020                                             _____
Date                                                       U.S. District Judge/~~U.S. Magistrate Judge~~