UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LONNIE AVANT,

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-CR-00414 (UA)

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/20

Defendant Lonnie Avant hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☒   Conference Before a Judicial Officer - Assignment of Counsel

_Lonnie Avant (by D.C.)_         _Deveraux Cannick_
Defendant's Signature             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**LONNIE AVANT**                  **DEVERAUX CANNICK**
Print Defendant's Name            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/11/20
Date                              U.S. District Judge/U.S. Magistrate Judge