UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

LONNIE AVANT,

    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-CR-00414 (UA)

Defendant Lonnie Avant hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☒    Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**LONNIE AVANT**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**DEVERAUX CANNICK**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/13/21
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~