# AIELLO CANNICK
~~Your rights • Our business~~

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

APPLICATION GRANTED
SO ORDERED:

_/s/_
Vincent L. Briccetti, U.S.D.J.
Dated: 1/15/21
White Plains, NY

The Court finds the the proposed CARES Act findings sufficient. The guilty plea is scheduled for 1/27/2021 at 9:00 a.m., to be conducted by video conference.

January 14, 2021

VIA ECF
Honorable Vincent L. Briccetti
The Hon. Charles L. Bricant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/21

Re: **United States v. Lonnie Avant**
20-cr-00414 (VB)

Dear Honorable Judge Briccetti:

As indicated at the January 13th, 2021 conference, Mr. Avant and the Government have reached a resolution of the matter.

Mr. Avant is anxious to enter a change of plea and move on with his life. He looks forward to being designated to a facility that would afford him the opportunity to learn salable skills. Unfortunately, Westchester Correctional Facility does not afford him that opportunity. Specifically, Mr. Avant is seeking to obtain his CDL. He needs a certain amount of time to complete the training. Delaying his change of plea hearing significantly impacts the time he is ultimately designated and as a result, impacts the amount of time in which he can receive training by BOP. Thus, he waives his right to be physically present before Your Honor for a change of plea hearing and respectfully asks to be allowed to enter a change of plea remotely (via telephone, video or both). Given Mr. Avant's goals, further delay would result in an injustice.

Therefore, we respectfully request that the matter be scheduled (for a date and time convenient for the Court) for a remote plea hearing.

Thank you in advance for your consideration.

Very truly yours,

/s/ Deveraux L Cannick
Deveraux L. Cannick

DLC/ad

Cc: AUSA Nicholas Bradley via email